DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV86-RLV
(5:04CR18-RLV-CH-10)

| | |
|---|---|
| CEDRIC LAMONT SHUFORD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

UPON MOTION of Petitioner, (Doc. No. 7), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of the appeal in Miller v. United States, No. 13-6254,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 7), is **GRANTED**. Petitioner shall, within 20 days of the Fourth Circuit's resolution of the appeal in Miller, request a lift of the stay from the Court.

Signed: June 17, 2013

Richard L. Voorhees
United States District Judge